COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00001-CV 

 


 
 
 Rigoberto Mendez
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 Rosa S. Garcia
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM
THE 342nd District Court OF Tarrant
COUNTY

------------

MEMORANDUM
OPINION[1]
AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss With Prejudice.” 
It is the court=s
opinion that the motion should be granted; therefore, we dismiss the appeal
with prejudice.  See Tex. R. App.
P. 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.  See Tex.
R. App. P. 42.1(d).

 

PER CURIAM

 

PANEL:  LIVINGSTON, C.J.;
DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:  June 17, 2010











[1]See Tex. R. App. P.
47.4.